UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:

SCOTT NOBLE and KELLY NOBLE,

      Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,

      Defendant.

_____/

## NOTICE OF REMOVAL

      Defendant, Federal Insurance Company ("Federal"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, removes this case from the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida, to the United States District Court for the Middle District of Florida, and states as follows:

      1.     Plaintiffs, Scott Noble and Kelly Noble (collectively, the "Nobles"), commenced this action by filing a Complaint in the Circuit Court of the 20th Judicial Circuit in and for Lee County, Florida. Copies of the Complaint and docket are attached.

      2.     Defendant, Federal, was served on August 14, 2020.

      3.     Plaintiffs, the Nobles, live in South Russell, Ohio, are citizens of the State of Ohio.[1]

---

[1] *See* Federal Insurance Company Insurance Policy attached to the Complaint as Exhibit A.

**Diversity of Citizenship**

4.      Federal is an Indiana corporation with principal place of business in New Jersey.

5.      Accordingly, for purposes of 28 U.S.C. § 1332, diversity of citizenship existed among the Nobles and Federal at the time the Nobles commenced this action in state court and continues to exist as of the time of filing this Notice of Removal

**Amount in Controversy**

6.      The Complaint alleges it is "an action for damages in excess of Thirty Thousand and 00/100 Dollars ($30,000.00), exclusive of interest, attorney's fees and costs."[2]

7.      The Civil Cover Sheet states that the "amount of the claim rounded to the nearest dollar" is $30,000.[3]

8.      The Nobles allege that they suffered a water loss to their property located at 13087 Pond Apple Drive East, Naples, FL 34119.[4]

9.      The Nobles allege the they purchased a homeowner's insurance policy, Policy No. 12911796-18, from Federal ("Policy").[5]

10.      The Nobles alleged that as a result of the water loss, they filed a claim under the Policy, which Federal identified as Claim No. 040518052111.[6]

---

[2] Compl. ¶ 1.
[3] Civil Cover Sheet, Exhibit A.
[4] Compl. ¶¶ 2, 7.
[5] Compl. ¶ 4.
[6] Compl. ¶ 8.

LEGAL\48019523\1

11.     The Nobles allege Federal breached the contract by not paying the full amount owed for the loss.[7]

12.     While the Complaint does not provide much detail about what the Nobles are claiming, the Nobles submitted to Federal an estimate with a "Net Claim" of $179,041.02. Coastal Contracting LLC Estimate, attached as Exhibit B.

13.     Based upon the foregoing, Federal has a good faith belief that the amount in controversy is in excess of $75,000, exclusive of interest and costs.

14.     Venue is proper in this district pursuant to 28 U.S.C. § 1391(a).

15.     A copy of this Notice will promptly be filed with the Clerk of the Circuit Court of the Twentieth Judicial Circuit in and for Collier County, Florida.

WHEREFORE, Federal Insurance Company hereby removes this action to this Court.

Respectfully submitted,

**COZEN O'CONNOR**

By:   /s/  John David Dickenson
John David Dickenson (Trial Counsel)
Florida Bar No. 575801
jdickenson@cozen.com
Chad A. Pasternack
Florida Bar No. 117885
cpasternack@cozen.com
One North Clematis Street, Suite 510
West Palm Beach, Florida  33401
Telephone:  (561) 515-5250
Facsimile:  (561) 515-5230
*Counsel for Defendant, Federal Insurance Company*

---

[7] Compl. ¶ 9.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List by Electronic Mail.

/s/  John David Dickenson
John David Dickenson

**SERVICE LIST**
*Counsel for Plaintiff*
Donna DeVaney Stockham
Kelly A. Fantetti
STOCKHAM LAW GROUP, P.A.
109 S. Edison Avenue
Tampa, FL 33606
Telephone: (813) 867-4455
Facsimile: (813) 867-4454
Email: dstockham@stockhamlawgroup.com
kfantetti@stockhamlawgroup.com
tampa.pleadings@stockhamlawgroup.com