UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 2:20-cv-00703-JLB/NPM

SCOTT NOBLE and KELLY NOBLE,

    Plaintiffs,

v.

FEDERAL INSURANCE COMPANY,

    Defendant.

_____/

## AMENDED COMPLAINT

**COME NOW** the Plaintiffs, SCOTT and KELLY NOBLE ("Plaintiffs"), by and through the undersigned counsel, and hereby sue the Defendant, FEDERAL INSURANCE COMPANY ("FEDERAL"), and as grounds therefor states as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of Thirty Thousand and 00/100 Dollars ($30,000.00), exclusive of interest, attorneys' fees and costs.

2. At all times material hereto, Plaintiffs were and are the owners of real property located at 13087 Pond Apple Drive East, Naples, FL 34119.

3. Defendant, FEDERAL, is a Florida corporation duly authorized to conduct business in Collier County, Florida.

4. Plaintiffs purchased a policy of homeowners' insurance, Policy No. 12911796-18 (the "Policy") from FEDERAL for the policy period November 11, 2017 through November 11, 2018. A certified copy of the Policy is attached hereto and incorporated herein as **Exhibit A**.

1

5. Plaintiffs paid all premiums on the Policy and the Policy was in full and continuing force and effect at all relevant times herein.

6. On or about August 27, 2018, Plaintiffs suffered damage to their real property.

7. The damage to the property is an ensuing water loss due to defects in and/or deterioration of the windows at the subject property, and is, therefore, a covered peril under the policy.

8. Plaintiffs made application for insurance benefits under the policy, under Claim No. 040518052111.

9. Defendant/Insurer, FEDERAL, accepted coverage for the claim but has failed to pay the full amount of benefits Plaintiffs are entitled to for this loss.

10. All conditions precedent to obtaining payment of said benefits under the policy from Defendant/Insurer, FEDERAL, have been complied with, met, or waived.

## COUNT I
### Breach of Contract

11. The Plaintiffs reallege and incorporate paragraphs one (1) though ten (10) as though fully set forth herein.

12. FEDERAL has a duty to indemnify the Plaintiffs in the event of a covered cause of loss during the policy period.

13. FEDERAL has breached the Policy of insurance by failing to pay the full benefits due and owing under the Policy for a covered cause of loss during the policy period.

14. FEDERAL's breach of the Policy of insurance by failing to pay the full benefits due and owing under the Policy has proximately caused damage to the Plaintiffs.

15. The Plaintiffs have been damaged by failing to receive the full cost of repair of the damage to their property, including but not limited to, complete repair to the structure, and all other coverages afforded by the policy for this loss.

16. An estimate of the property damages is attached hereto as **Exhibit B**. This estimate is subject to change as costs are incurred. Furthermore, estimates for repairs not yet completed may fluctuate based on additional information obtained, changes in pricing, supply and demand, etc.

17. Because of FEDERAL's refusal to pay the losses sustained by the Plaintiffs, the Plaintiffs have retained the services of the undersigned attorney and are obligated to pay a reasonable fee for her services. The Plaintiffs are entitled to attorney's fees pursuant to § 627.428 Florida Statutes.

18. Defendant/Insurer, FEDERAL, owes prejudgment interest, expert fees and costs, attorney's fees and costs, the costs of necessary repairs to the home, and all other coverages afforded by the policy for this loss.

**WHEREFORE,** Plaintiffs, SCOTT and KELLY NOBLE, demand a judgment against the Defendant/Insurer, FEDERAL INSURANCE COMPANY for:

    a. All damages to which Plaintiffs are entitled, including all benefits available under the Policy;

    b. Pre-judgment interest;

    c. Court costs, expert fees and costs, and attorneys' fees pursuant to Section 627.428, Florida Statutes; and

    d. Trial by jury of all issues so triable as a matter of right.

Dated: September 29, 2020.

/s/ Donna DeVaney Stockham
Donna DeVaney Stockham, Esquire
Florida Bar No. 121088
Kelly A. Fantetti, Esq.
Florida Bar No. 96141
Stockham Law Group, P.A.
109 S. Edison Ave.
Tampa, Florida 33606
Telephone: (813) 867-4455
Facsimile: (813) 867-4454
Attorneys for Plaintiffs
dstockham@stockhamlawgroup.com
kfantetti@stockhamlawgroup.com
tampa.pleadings@stockhamlawgroup.com