UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SCOTT NOBLE and KELLY NOBLE,

    Plaintiffs,

v.   Case No:  2:20-cv-703-JLB-NPM

FEDERAL INSURANCE
COMPANY,

    Defendant.

## ORDER

The parties have filed a Joint Stipulation for Dismissal with Prejudice. (Doc. 28.)   The stipulation is self-executing.   Fed. R. Civ. P. 41(a)(1)(A)(ii); Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272, 1278 (11th Cir. 2012).   Accordingly, the Clerk of Court is **DIRECTED** to terminate any pending deadlines and close the file.

**ORDERED** at Fort Myers, Florida, on October 20, 2021.

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE